# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 357 WAL 2014
:
           Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
     v. :
:
:
:
MICHAEL JOHN HUDAK, :
:
         Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 31st day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.